UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MAGAZINE PUBLISHERS SERVICE INC, | No. C 11-05412 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| MARK WALTERS, | |
| Defendant(s). | |

This matter is scheduled for a case management conference on February 23, 2012. As there is no indication that Defendant has been served, the Court VACATES the CMC and ORDERS Plaintiff to file a status report by February 27, 2012.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge