UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MAGAZINE PUBLISHERS SERVICE INC, | No. C 11-5412 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MARK WALTERS, | |
| Defendant. | |

This matter was scheduled for a case management conference on February 23, 2012. However, as there was no indication that Defendant had been served, the Court vacated the c.m.c. on February 17, 2012, and ordered Plaintiff to file a status report by February 27, 2012. Dkt. No. 3. Plaintiff has failed to respond. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by March 22, 2012, and the Court shall conduct a hearing on April 5, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 12, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge