United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGAZINE PUBLISHERS SERVICE, INC., | No. C 11-5412 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARK WALTERS, | |
| Defendant. / | |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 24, 2012

SUSAN ILLSTON
United States District Judge